IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,

      Plaintiff,　　　　　　　　　No. CIV S-06-0655 WBS DAD PS

  vs.

ROXANNE FINDLAY, et al.,

      Defendants.　　　　　　　　ORDER
_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On November 28, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed November 28, 2006, are adopted in full; and

4       2.  Defendants' motions to dismiss are granted and plaintiff's complaint is dismissed with prejudice.

DATED:  January 9, 2007

                  WILLIAM B. SHUBB
                  UNITED STATES DISTRICT JUDGE

/spittal0655.jo

2